UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROYAL SMIT TRANSFORMERS BV, | * | CIVIL ACTION |
| AXA VERSICHERUNG AG, HDI- | * | |
| GERLING INDUSTRIE-VERSICHERUNG | * | NO.  16-14647 |
| AG, BASLER SACHVERSICHERUNG | * | |
| AG, and ERGO VERSICHERUNG AG | * | |
| *Plaintiffs* | * | SECTION "I" |
| | * | (Judge Africk) |
| VERSUS | * | |
| | * | |
| M/V HC BEA-LUNA, *in rem*, and | * | MAG. (2) |
| CENTRAL OCEANS USA, LLC, ONEGO | * | (Mag. Judge Wilkinson) |
| SHIPPING & CHARTERING, BV, | * | |
| CANADIAN NATIONAL RAILWAY | * | |
| COMPANY (CN), and BERARD | * | |
| TRANSPORTATION, INC*., in personam* | * | |
| | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>FIRST AMENDED COMPLAINT</u>

NOW COME Royal SMIT Transformers BV, AXA Versicherung AG, HDI-Gerling Industrie-Versicherung AG, Basler Sachversicherung AG, and Ergo Versicherung AG (collectively "Plaintiffs") in a cause of action for cargo loss and damage and for the purpose of amending their Verified Complaint[1], aver upon information and belief, as follows:

1.

Plaintiffs reiterate, reallege and reaver all of the allegations, claims and causes of action contained in their original Verified Complaint, Rec. Doc. 1, as if copied herein *in extenso*.

---

[1] Rec. Doc. 1.

2.

Paragraph 11 of Plaintiffs' Verified Complaint is amended to substitute Illinois Central Railroad Company as a defendant in the place of Canadian National Railway Company to read as follows:

> At all times pertinent, defendant, Illinois Central Railroad Company ("IC") was and now are business entities, created and existing pursuant to applicable laws with its place of business in Louisiana located at 501 Louisiana Avenue, Baton Rouge, Louisiana 70802, and which at all times pertinent provided land transportation and carriage of the Cargo described hereinbelow.

3.

Paragraph 17 of Plaintiffs' Verified Complaint is amended to read as follows:

> On or about January 5, 2016 in the Port of New Orleans, the Cargo was loaded onto railcars owned and operated by IC for on-carriage to St. Gabriel, Louisiana.

4.

Paragraph 18 of Plaintiffs' Verified Complaint is amended to read as follows:

> After transportation and carriage by IC, the Cargo was transferred to Berard Trucking for delivery to the final destination and placement on pads at Entergy's Willow Glen Substation in St. Gabriel, Louisiana.  The trucks arrived on January 12, 14 and 15, 2016, at which time the three transformers respectively were offloaded from the trailers and placed onto the designated pads at Entergy's Willow Glen Substation.

5.

Paragraph 22 of Plaintiffs' Verified Complaint is amended to read as follows:

> The damage to the Cargo described herein was caused by the breach of contract, fault and negligence of Central Oceans, Onego Shipping, IC, and Berard Transportation and/or those for whom they are responsible, all of which was in breach of the obligations of these defendants under the governing contract(s) of afreightment and/or under the Carriage of Goods by Sea Act and/or under the Harter Act

and/or under the Carmack Amendment and/or Louisiana law, and/or some other governing scheme of liability.

6.

The Prayer for Relief of Plaintiffs' Verified Complaint is amended to read as follows:

WHEREFORE, Plaintiffs, Royal SMIT Transformers BV, AXA Versicherung AG, HDI-Gerling Industrie-Versicherung AG, Basler Sachversicherung AG, and Ergo Versicherung AG pray that:

1) The Clerk of Court issue a warrant for the arrest and seizure of the M/V HC BEA-LUNA, her engines, boilers, etc., and that all persons claiming any right, title or interest in said vessel be summoned to appear and to answer under oath all and singular the matters aforesaid, and that said vessel be condemned and sold to pay the demands as foresaid, with interest, costs and disbursements.

2) Defendants, Central Oceans USA, LLC, Onego Shipping & Chartering BV, Illinois Central, and Berard Transportation, Inc., be served with copies of the Verified Complaint and First Amended Complaint, together with summonses to appear and answer under oath all and singular the matters aforesaid;

3) After due proceedings are had that there be Judgment in favor of Plaintiffs, Royal SMIT Transformers BV, AXA Versicherung AG, HDI-Gerling Industrie-Versicherung AG, Basler Sachversicherung AG, and Ergo Versicherung AG and against Central Oceans USA, LLC, Onego Shipping & Chartering BV, Illinois Central Railroad Company, and Berard Transportation, Inc., and that the Court order, adjudge and decree that the defendants pay to Plaintiffs the losses sustained, together with interest thereon and all of their costs and disbursements; and

4) Plaintiffs have such other and further relief in the premises as in law and justice they may be entitled to receive.

Respectfully submitted,

**MONTGOMERY BARNETT, L.L.P.**

*/s/ Ronald J. Kitto*

_____

PHILIP S. BROOKS, JR., T.A. (#21501)
RONALD J. KITTO (#28638)
1100 Poydras Street, 3300 Energy Centre
New Orleans, LA 70163
Telephone:     (504) 585-3200
Facsimile:     (504) 585-7688
E-mail:         pbrooks@monbar.com
               rkitto@monbar.com

*Attorneys for Plaintiffs*


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 21st day of December, 2016 a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

*/s/ Ronald J. Kitto*

_____

PHILIP S. BROOKS, JR., T.A. (#21501)
RONALD J. KITTO (#28638)
1100 Poydras Street, 3300 Energy Centre
New Orleans, LA 70163
Telephone:     (504) 585-3200
Facsimile:     (504) 585-7688
E-mail:         pbrooks@monbar.com
               rkitto@monbar.com

*Attorneys for Plaintiffs*